# UNITED STATES DISTRICT COURT
## for the Middle District of Florida; Tampa Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 8:01-CR-195-T-17MAP |
| v. ) | USM No. 39710-018 |
| ) | |
| ANTHONY L. MONROE ) | |
| ) | |

Date of Previous Judgment:  May 24, 2002                             AFPD James Smith
(Use Date of Last Amended Judgment if Applicable)                    Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of __ the defendant __ the Director of the Bureau of Prisons  **X**  the Court sua sponte under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) and pursuant to the Joint Stipulation of the parties,

**IT IS ORDERED** that the motion is:
  **X**  GRANTED and the defendant's previously imposed sentence of imprisonment
  (as reflected in the last judgment issued) of **ONE HUNDRED (100) MONTHS**  is reduced to
  **EIGHTY-FOUR (84) MONTHS** or time served, whichever is greater.

  **X**  The Court **GRANTS** the government's request that any order reducing the defendant's sentence provide that the defendant not be released sooner than 10 calendar days after the entry of the order and overrules defendant's objections. The Court finds that this is a reasonable administrative request from the government and the Bureau of Prisons.

**I.   COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level:     25 | Amended Offense Level:     23 |
| Criminal History Category:  V | Criminal History Category:  V |
| Previous Guideline Range:   100 to 125 months | Amended Guideline Range:   84 to 105 months |

**II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

  **X**  The reduced sentence is within the amended guideline range.

**III. ADDITIONAL COMMENTS**
Except as provided above, all provisions of the judgment dated May 24, 2002 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  March 4, 2008

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Effective Date:  March 15, 2008
  (if different from Order date)